IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND


FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2015 NOV 23 AM 11: 11

BY____G____

Tony Scriber

P.O Box 23254

Baltimore, MD 21203
(Full name and address of the plaintiff)

v.                                    Civil Action No. GLR-15-3547
                                       (Leave blank. To be filled in by Court.)

Steam Ship Trade Association

8516 Ridgley Choice Drive suit 202

Baltimore, MD 21236


(Full name and address of the defendant(s))

### COMPLAINT FOR EMPLOYMENT DISCRIMINATION

1. Plaintiff is a resident of Baltimore, Maryland.
   (Fill in county or city and state of residence)
2. Defendant(s) reside(s) or does business at the following location: Baltimore, Maryland


3. This action is brought pursuant to (check all spaces that apply):

   ☐   Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, sex, or national origin.

   ☐   Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age. My year of birth is: _____

☐     Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.

☐     Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability.

4.     I am complaining about (check all that apply):

☐     Failure to hire me. I was refused a job on the following date: _____

☑     Termination of my employment. I was terminated from my employment on the following date: _7/12 I was terminated from employment then upon me producing a doctors note I was re-hired._

☐     Failure to promote me. I was refused a promotion on the following date:

☑     Other (explain what happened): _Failure to adhere to the Family and medical leave act of 1993._

5.     The conduct of Defendant(s) was discriminatory because it was based on (check all that apply):

☐ race    ☐ color    ☐ religion    ☐ sex    ☐ age    ☐ national origin    ☐ disability

6.     The facts of my claim are: _____

_____

_____

_____

_____

_____

_____

7. The approximate number of people employed by Defendant is:. 1,500

8. The events I am complaining about took place on the following dates or time period: On two occasions I attempted to take leave under the Family and Medical leave act of 1993 and the time was not given.

9. I filed charges on the following date:_____ with:

☐ Equal Employment Opportunity Commission (EEOC)

☐ Maryland Human Relations Commission

☐ Other (give name of agency and location): N/A

_____

10. I received a right to sue letter (attach copy) on the following date:_____

N/A

WHEREFORE, Plaintiff asks the Court to grant such relief as may be appropriate, including but not limited to (check all that apply):

☐ Injunctive relief (specify what you want the Court to order):_____

_____

☐ Back pay.

☑ Reinstatement to my former position.

Complaint: Employment Discrimination (Rev. 6/2000)        3

- [ ] Monetary damages in the amount of:_____.
- [ ] Costs and attorneys fees.
- [ ] Other (specify):_____

11/23/15
(Date)

(Signature)

Tony Scriber
P.O Box 23254
Baltimore, MD 21203
443-251-8758
(Printed name, address and phone number of Plaintiff)